Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ☐ LODGED
RECEIVED ☐ COPY

MAY 6 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

Civil Division

Robert Gasparoff

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jehovah's Witnesses

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV-21-196-TUC-JAS

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Gasparoff |
| Street Address | 3300 N Paseo De Los Rios 18104 |
| City and County | Tucson, Pima County |
| State and Zip Code | AZ, 85712 |
| Telephone Number | (520)269-5610 |
| E-mail Address | rob.gasparoff@outlook.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Jehovah's Witnesses
- Job or Title *(if known)*:
- Street Address: 1 King's Dr
- City and County: Tuxedo Park, Orange County
- State and Zip Code: NY, 10987
- Telephone Number: (845)524-3000
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Amendment I, Amendment XIV

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Please refer to the attachment*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please refer to the attachment*

The First Amendment prevents the government from making laws that would prohibit the free exercise of religion. However, religion should not cause death of innocent people. In 1945, the Governing Body of Jehovah's Witnesses prohibited blood transfusions. This prohibition does not have a scriptural support; it contradicts the Bible. Because of this suicidal ideology, for decades now, the members of public have been at risk of losing their life in an emergency situation or during a surgery, or at risk of long-term adverse effect on health due to refusal of medical care based on this ideological indoctrination or psychological brainwashing. The menticide or suicidal indoctrination by the Governing Body of Jehovah's Witnesses is still in effect, and it continues to be disseminated by the preaching activity of the group, jeopardizing the safety of the general population. Every person has a right to accept or refuse medical treatment, but this must be an informed decision, a medical advice should be given by a healthcare professional, and it must not be based on a false interpretation of the scriptures. Since when does the Bible promote suicide? Or since when does the God approve it? The Founding Fathers granted the constitutional rights to those who want to peacefully practice their religion, but not to those who would abuse this right by disseminating suicidal doctrines while calling it a peaceful religious practice. These agents create chaos in our healthcare facilities by threatening our medical workers, and by giving them directions while not having any qualifications to do so. They have been getting away with this for decades, causing many thousands of deaths, and asserting that it is their constitutional right. Our Constitution must not be misused, maliciously applied, or abused. So here is the question: is this a peaceful religious group or an extremist sect, which disseminates suicidal ideology and causes death of innocent people, many of which are children.

1) I am not doing this for any monetary gain.

2) I am doing this for public safety.

I have been preparing this case for a long time. I am ready to present it before the judge, or preferably before the jury. The Governing Body of Jehovah's Witnesses uses the scriptures as a tool, as the evidence to falsely justify their suicidal ideology. They obtained a durable power of attorney that cites one of the scriptures in support of their suicidal ideology, however, the scripture does not imply any refusal of medical treatment. Therefore, we are also going to use the scriptures to prove by preponderance of the evidence that the Bible does not promote suicidal ideology. Also, in conjunction with the scriptures, we will use the scientific approach supported by expert witnesses (an irrefutable evidence that raises serious questions about aforementioned indoctrination).

The loss of human lives, and the abuse of our constitutional rights by the Governing Body of Jehovah's Witnesses must come to an end.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/6/2021

Signature of Plaintiff *[signature]*

Printed Name of Plaintiff Robert Gasparoff

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____