Anthony R. Montoya
9820 N. Central Avenue, #131
Phoenix, AZ 85020
(602) 999-7239
anthonyrmontoya@gmail.com
AZ Bar #022322
*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Robert Gasparoff,

      Plaintiff,                              No. CV-21-196-TUC-JAS

    v.                                     **Defendant's Reply**
                                            **to Plaintiff's Responsive**
Watch Tower Bible and Tract           **Memorandum to**
Society of Pennsylvania,                 **Defendant's Motion to Dismiss**
                                            **the Amended Complaint**

      Defendant.

_____

Pursuant to Local Rules 7.1(d) and 12.1(b), Defendant, Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower") files this Reply Memorandum in response to Plaintiff's Responsive Memorandum filed on August 2, 2021, opposing Defendant's Motion to Dismiss the Amended Complaint.

Plaintiff's Responsive Memorandum does not dispute any of the legal authority cited in Defendant's Motion to Dismiss, nor does it contest that theological controversies are issues beyond this Court's jurisdiction. It concedes that Plaintiff lacks a personal stake or injury in this case, but argues that Plaintiff should be allowed to bring this action because it does not involve religious beliefs and "for the sake of public safety." The Court should reject these unavailing arguments.

### 1. Dismissal of the Amended Complaint is warranted as ecclesiastical controversies on religious beliefs and doctrine are issues beyond this Court's jurisdiction.

Plaintiff asserts that he "is not getting into theological controversy[.]" *See* Responsive Memorandum, p. 2. However, the Amended Complaint plainly alleges Watch Tower has a "false interpretation" of religion and that its doctrines lack "scriptural support" and "contradict[] the Bible." *See* Amended Complaint, p. 6. Plaintiff's Responsive Memorandum compares Watch Tower's doctrine to those of "many branches of Christianity," comments on "this religious organization's dictatorial decree," and invites the Court to consider "provision[s] of the Bible along with the organization's other literature" as well as "Defendant us[ing] God as authority to persuade[.]" *See* Responsive Memorandum, pp. 4-6.

Plaintiff clearly disagrees with what he believes to be Watch Tower's religious doctrine. However, adjudicating this case would impermissibly entangle the Court in ecclesiastical and theological controversies which are constitutionally impermissible. As Plaintiff does not dispute that "[c]ourts are not arbiters of scriptural interpretation" or that controversies over religious doctrine are beyond the scope of the Court's jurisdiction, dismissal of the Amended Complaint is warranted. *See Thomas v. Review Bd. of Ind. Employment Sec. Div.*, 450 U.S. 707, 716 (1981); *Watson v. Jones*, 80 U.S. 679 (1872); *Serbian E. Orthodox Diocese v. Milivojevich*, 426 U.S. 696 (1976).

### 2. Since Plaintiff has no personal stake or injury in this case, the Amended Complaint should be dismissed for lack of standing.

Plaintiff's Responsive Memorandum concedes a lack of standing when it acknowledges that "Plaintiff cannot have 'a personal stake'" and "this kind of injury cannot be redressed." *See* Responsive Memorandum, p. 3.  Plaintiff offers no legal authority to support his argument that he should be allowed to bring this case "for the sake of public safety." *Id.* In the absence of standing, there is no case and controversy under Article III and, thus, the dismissal of the Amended Complaint is appropriate as "federal courts do not adjudicate hypothetical or abstract disputes. . . . [or] issue advisory opinions." *TransUnion LLC v. Ramirez*, 141 S.Ct. 2190, 2203 (2021).

For the foregoing reasons, Defendant respectfully requests that this Court grant Defendant's Motion to Dismiss and dismiss the Amended Complaint.

Respectfully submitted this 11th day of August, 2021,

/s/ Anthony R. Montoya
Anthony R. Montoya
9820 N. Central Avenue #131
Phoenix, AZ 85020
(602) 999-7239
anthonyrmontoya@gmail.com
AZ Bar #022322
*Attorney for Watch Tower Bible
and Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and service.  I also certify that I have this day mailed, U.S. Mail, postage prepaid, a true and correct copy of the foregoing to Plaintiff Robert Gasparoff, at the following address: 3300 N. Paseo De Los Rios 18104, Tucson, AZ 85712.

/s/ Anthony R. Montoya
Anthony R. Montoya